APEX TRIAL LAW
A Professional Corporation
Thomas W. Kohler Bar No. 312552
tkohler@apextrial.com
Ryan M. Ferrell, Bar No. 258037
rferrell@apextrial.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Tel: (949) 438-0033
Fax: (949) 299-0133

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMER SANDOOVAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YUMMYEARTH INC. ET AL.; and DOES 1-25, Inclusive,<br><br>Defendants. | Case No. 5:17-cv-01832-TJH-KK<br><br>**NOTICE OF ERRATA RE PLAINTIFF'S PARAGRAPH 1 OF THE FIRST AMENDED COMPLAINT**<br><br>*[Filed and served concurrently with corrected First Amended Complaint]*<br><br>**Judge:** Honorable Terry J. Hatter Jr. |

**NOTICE OF ERRATA RE PLAINTIFF'S PARAGRAPH 1 OF THE FIRST AMENDED COMPLAINT.**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Summer Sandoval hereby files this Notice of Errata regarding paragraph 1 of her First Ammended Complaint (FAC). Plaintiff prepared a draft of the original complaint in late 2016 and sent that draft to defendnat along with her Notice of Claim pursuant to the requierments of the CLRA.

In paragraph 1 of that draft, the plaintiff alledged that she had purchased defendant's product "earlier this year". That statement was erroniously left unaltered when the matter was ultimately filed and also when the FAC was filed in 2017. Plaintiff submits herewith a First Amended Complaint with the erroneous language corrected to reflect what was originally conveyed in the draft complaint, namely that the product was purchasd in 2016.

Dated:  January 31, 2018        APEX TRIAL LAW

By:____/s/Ryan M. Ferrell_____
      Ryan M. Ferrell

Attorneys for Plaintiff

**NOTICE OF ERRATA RE PLAINTIFF'S PARAGRAPH 1 OF THE FIRST AMENDED COMPLAINT.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically filed the foregoing **NOTICE OF ERRATA RE PLAINTIFF'S PARAGRAPH 1 OF THE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Ryan M. Ferrell*
Ryan M. Ferrell

**NOTICE OF ERRATA RE PLAINTIFF'S PARAGRAPH 1 OF THE FIRST AMENDED COMPLAINT.**